# EXHIBIT A

## JUDGE MICHAEL W. FITZGERALD
## SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| Case No. | 2:19-CV-00307-MWK-SK |
|---|---|
| Case Name | Robyn Rihanna Fenty, et. al. vs. Fenty Entertainment, LLC, et. al |

| Matter | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
|---|---|---|---|
| [ X ] Jury Trial  or  [  ] Court Trial **(Tuesday at 8:30 a.m.)** Duration Estimate: __3-4__ Days | 06/23/2020 | 6/23/2020 | |
| Final Pretrial Conference [LR 16] and Hearing on Motions *In Limine* **(Monday at 11:00 a.m. -- three (3) weeks before trial date)** Motions *In Limine* must be filed **three (3) weeks** before this date; oppositions are due **two (2) weeks** before this date; no reply briefs. | 06/01/2020 | 6/1/2020 | |

| Event | Weeks Before Trial | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
|---|---|---|---|---|
| Last Date to Hear Motion to Amend Pleadings / Add Parties | | 08/05/2019 | 8/5/2019 | |
| Non-Expert Discovery Cut-Off (at least 4 weeks before last date to hear motions) | 18 | 02/18/2020 | 2/18/2020 | |
| Expert Disclosure (Initial) | | 02/25/2020 | 2/25/2020 | |
| Expert Disclosure (Rebuttal) | | 3/10/2020 | 3/10/2020 | |
| Expert Discovery Cut-Off | 14 * | 03/17/2020 | 3/17/2020 | |
| Last Date to *Hear* Motions (Monday at 10:00 a.m.) | 14 | 03/17/2020 | 3/17/2020 | |
| Last Date to Conduct Settlement Conference | 12 | 03/31/2020 | 3/31/2020 | |
| For Jury Trial<br>♦ File Memorandum of Contentions of Fact and Law, LR 16-4<br>♦ File Exhibit and Witness Lists, LR 16-5.6<br>♦ File Status Report Regarding Settlement<br>♦ File Motions *In Limine* | 6 | 05/19/2020 | 5/19/2020 | |
| For Jury Trial<br>♦ Lodge Pretrial Conference Order, LR 16-7<br>♦ File Agreed Set of Jury Instructions and Verdict Forms<br>♦ File Statement Regarding Disputed Instructions, Verdicts, etc.<br>♦ File Oppositions to Motions *In LImine* | 5 | 05/26/2020 | 5/26/2020 | |
| For Court Trial<br>♦ Lodge Findings of Fact and Conclusions of Law, LR 52, and Summaries of Direct Testimony | 3 | | | |

* The parties may choose to cut off expert discovery prior to MSJ briefing.

ADR [LR 16-15] Selection:

☐ Attorney Settlement Officer Panel     ☒ Private Mediation     ☒ Magistrate Judge (with Court approval)

**EXHIBIT A**