UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 19-307-MWF(SKx)** | Dated: **July 1, 2019** |
| Title: | Robyn Rihanna Fenty, et al. *-v-* Fenty Entertainment, LLC, et al. | |

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| | |
|---|---|
| Rita Sanchez | Amy Diaz |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Jordan W. Siev<br>Carla M. Wirtschafter | Olman J. Valverde |

**PROCEEDINGS:** SCHEDULING CONFERENCE

Case called and counsel make their appearance. The Scheduling Conference held. The Court sets dates. Please see separate Order Re Jury Trial, also filed today.

**IT IS SO ORDERED.**

Initials of Deputy Clerk  rs
:03 MIN