| | |
|---|---|
| 1 | Carla M. Wirtschafter (SBN 292142) |
| | Email:   cwirtschafter@reedsmith.com |
| 2 | REED SMITH LLP |
| | 1901 Avenue of the Stars, Suite 700 |
| 3 | Los Angeles, CA  90067-6078 |
| | Telephone: +1 310 734 5200 |
| 4 | Facsimile: +1 310 734 5299 |

Jordan W. Siev (*admitted pro hac vice*)
Email:   jsiev@reedsmith.com
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: +1 212 521 5400
Facsimile: +1 212 521 5459

Attorneys for Plaintiffs
Robyn Rihanna Fenty, Roraj Trade, LLC and
Combermere Entertainment Properties, LLC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ROBYN RIHANNA FENTY, an individual, RORAJ TRADE, LLC, a New York limited liability company, and COMBERMERE ENTERTAINMENT PROPERTIES, LLC, a New York limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>FENTY ENTERTAINMENT, LLC, a California limited liability company, RONALD FENTY, an individual, MOSES JOKTAN PERKINS, an individual, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00307-MWF-SK<br><br>**JOINT STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES [DKT. 35]**<br><br>Complaint Filed:  January 15, 2019<br><br>[Assigned to Honorable Michael W. Fitzgerald, Courtroom 5A]<br><br>Final Pretrial Conference: June 1, 2020<br>Time:   11:00 a.m.<br>Ctrm:   5A |

Plaintiffs Robyn Rihanna Fenty ("Rihanna"), Roraj Trade, LLC ("Roraj") and Combermere Entertainment Properties, LLC ("Combermere") (collectively "Plaintiffs") and Defendants Fenty Entertainment, LLC, Ronald Fenty and Joktan Perkins (collectively "Defendants") by and through their respective attorneys of record, stipulate as follows:

**WHEREAS**, on July 1, 2019, this Court issued an order setting the following trial and pretrial deadlines [Dkt. 35]:

- May 11, 2020: File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine
- May 18, 2020: Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, file statement regarding Disputed Instructions and Verdict Forms, and file oppositions
- June 1, 2020, at 11:00 a.m.: Final Pretrial Conference and Hearing on Motions in Limine
- June 23, 2020, at 8:30 a.m.: Trial Date (Est. 3-4 Days)

**WHEREAS,** in light of the COVID19 pandemic and the stay at home orders currently in place in the states of California and New York, the Parties seek a continuance of the above trial and pre-trial deadlines.

**WHEREAS**, lead counsel for Plaintiffs, Jordan Siev, lives and works in New York. In light of the stay and home order in the State of New York, he expects that he will be unable to travel to Los Angeles for the Final Pretrial Conference on June 1, 2020 or the trial on June 23, 2020, and even if restrictions have been lifted, he is not yet comfortable making travel plans or traveling in June.

**WHEREAS,** Ms. Fenty lives in the United Kingdom.

**WHEREAS,** additional witnesses Plaintiffs anticipate calling during trial live in Georgia and New York, and therefore likely will be unable to travel to Los Angeles for the June 23 trial.

**WHEREAS,** given the uncertainty surrounding the timeline for lifting restrictions in the State of California and the related risks associated with the ongoing COVID19 pandemic, the Parties agree that a continuance will allow them and the Court additional time to plan for trial and to understand the impact of the COVID19 pandemic on travel and the process for impaneling a jury and to plan accordingly;

**WHEREAS,** the Parties were working with Mr. Shirish Gupta, the agreed to mediator, immediately before the COVID19 pandemic caused city and statewide lockdowns and are continuing to communicate with Mr. Gupta.

**WHEREAS**, the parties agree that neither party will be prejudiced by a continuance of the above listed deadlines; and

**WHEREAS**, neither party has previously requested continuances of the trial or pre-trial related deadlines.

**WHEREFORE, IT IS HEREBY STIPULATED THAT**:

The trial and pre-trial deadline be continued for at least 90 days, or to a date thereafter that is convenient for the Court as follows:

| **Event/Hearing** | **Prior Date [Dkt 35]** | **Requested Continued Date** |
|---|---|---|
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | May 11, 2020 | August 10, 2020 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, file statement regarding | May 18, 2020 | August 17, 2020 |

| Disputed Instructions and Verdict Forms, and file oppositions | | |
|---|---|---|
| Final Pretrial Conference and Hearing on Motions in Limine | June 1, 2020 | August 31, 2020 |
| Trial Date (Est. 3-4 Days) | June 23, 2020 | September 22, 2020 |

DATED: May 6, 2020          Reed Smith LLP


                            By: */s/ Carla M. Wirtschafter*
                            Jordan W. Siev (*admitted pro hac vice*)
                            Carla M. Wirtschafter
                            Attorneys for Plaintiffs
                            Robyn Rihanna Fenty, Roraj Trade, LLC
                            and Combermere Entertainment Properties, LLC


DATED: May 6, 2020

                            LAW OFFICE OF OLMAN VALVERDE


                            By: */s/ Olman J. Valverde*
                            Olman J. Valverde
                            Attorneys for Defendants
                            Fenty Entertainment LLC, Ronald Fenty
                            and Moses Joktan Perkins

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4, the undersigned attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 6, 2020

REED SMITH LLP

By: */s/ Carla M. Wirtschafter*
    Jordan W. Siev (*admitted pro hac vice*)
    Carla M. Wirtschafter
    Attorneys for Plaintiffs
    Robyn Rihanna Fenty, Roraj Trade, LLC and Combermere Entertainment Properties, LLC