

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBYN RIHANNA FENTY, an individual, RORAJ TRADE, LLC, a New York limited liability company, and COMBERMERE ENTERTAINMENT PROPERTIES, LLC, a New York limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>FENTY ENTERTAINMENT, LLC, a California limited liability company, RONALD FENTY, an individual, MOSES JOKTAN PERKINS, an individual, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00307-MWF-SK<br><br>**ORDER REGARDING JOINT STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES [DKT. 35]**<br><br>Complaint Filed: January 15, 2019<br><br>[Assigned to Honorable Michael W. Fitzgerald, Courtroom 5A] |

After full consideration of the Parties' Stipulation to Continue the trial and pretrial deadlines, and good cause appearing, **IT IS ORDERED THAT** the deadlines set in the Court's Order re Jury Trial [Dkt. 35] be continued as follows**:**

///

///

///

| **Event/Hearing** | **Prior Date [Dkt 35]** | **Continued Date** |
|---|---|---|
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | May 11, 2020 | August 10, 2020 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, file statement regarding Disputed Instructions and Verdict Forms, and file oppositions | May 18, 2020 | August 17, 2020 |
| Final Pretrial Conference and Hearing on Motions in Limine | June 1, 2020 | August 31, 2020, at 11:00 a.m. |
| Jury Trial (Est. 3-4 Days) | June 23, 2020 | September 22, 2020, at 8:30 a.m. |

**IT IS SO ORDERED.**

DATED: May 7, 2020

_____
Michael W. Fitzgerald
United States District Judge