Carla M. Wirtschafter (SBN 292142)
Email:   cwirtschafter@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA  90067-6078
Telephone: +1 310 734 5200
Facsimile: +1 310 734 5299

Jordan W. Siev (*admitted pro hac vice*)
Email:   jsiev@reedsmith.com
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: +1 212 521 5400
Facsimile: +1 212 521 5459

Attorneys for Plaintiffs
Robyn Rihanna Fenty, Roraj Trade, LLC and
Combermere Entertainment Properties, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBYN RIHANNA FENTY, an individual, RORAJ TRADE, LLC, a New York limited liability company, and COMBERMERE ENTERTAINMENT PROPERTIES, LLC, a New York limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>FENTY ENTERTAINMENT, LLC, a California limited liability company, RONALD FENTY, an individual, MOSES JOKTAN PERKINS, an individual, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00307-MWF-SK<br><br>**STIPULATION OF DISMISSAL OF ENTIRE LAWSUIT [FRCP 41(a)(1)(A)(ii)]**<br><br>Complaint Filed:  January 15, 2019<br><br>[Assigned to Honorable Michael W. Fitzgerald, Courtroom 5A] |

Pursuant to Rule 41(a)(1)(A)(ii) Plaintiffs Robyn Rihanna Fenty, Roraj Trade, LLC and Combermere Entertainment Properties, LLC dismiss the above entitled lawsuit, with prejudice.

DATED: September 7, 2021          REED SMITH LLP

By: */s/ Carla M. Wirtschafter*
    Jordan W. Siev (*admitted pro hac vice*)
    Carla M. Wirtschafter
    Attorneys for Plaintiffs
    Robyn Rihanna Fenty, Roraj Trade, LLC and Combermere Entertainment Properties, LLC

DATED: September 7, 2021          LAW OFFICE OF OLMAN VALVERDE

By: */s/ Olman J. Valverde*
    Olman J. Valverde
    Attorneys for Defendants
    Fenty Entertainment LLC, Ronald Fenty and Moses Joktan Perkins

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4, the undersigned attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 7, 2021

REED SMITH LLP

By: */s/ Carla M. Wirtschafter*
Jordan W. Siev (*admitted pro hac vice*)
Carla M. Wirtschafter
Attorneys for Plaintiffs
Robyn Rihanna Fenty, Roraj Trade, LLC and Combermere Entertainment Properties, LLC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware