AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court    <u>for the Central District of California, Western Division</u>   on the following

☑ Trademarks or    ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>16 | DATE FILED<br>1/15/2019 | U.S. DISTRICT COURT<br>for the Central District of California, Western Division | |
|---|---|---|---|
| PLAINTIFF<br><br>ROBYN RIHANNA FENTY, an individual, RORAJ TRADE, LLC, a New York limited liability company, and COMBERMERE ENTERTAINMENT PROPERTIES, LLC | | DEFENDANT<br><br>FENTY ENTERTAINMENT, LLC, a California limited liability company, RONALD FENTY, an individual, MOSES JOKTAN PERKINS, an individual | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,586,904 | 10/16/2018 | RORAJ TRADE, LLC |
| 2 | 5,586,905 | 10/16/2018 | RORAJ TRADE, LLC |
| 3 | 5,397,059 | 2/6/2018 | RORAJ TRADE, LLC |
| 4 | 5,408,127 | 2/20/2018 | RORAJ TRADE, LLC |
| 5 | 5,483,535 | 6/5/2018 | RORAJ TRADE, LLC |
| 6. | 5,414,058 | 2/27/2018 | RORAJ TRADE, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    Other Pleading | | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| <br><br><br><br> |

| CLERK<br>KIRY GRAY | (BY) DEPUTY CLERK<br>Ingrid Valdes | DATE<br>9/9/2021 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**    **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**    **Copy 4—Case file copy**