1  Carla M. Wirtschafter (SBN 292142)
   Email:    cwirtschafter@reedsmith.com
2  REED SMITH LLP
   1901 Avenue of the Stars, Suite 700
3  Los Angeles, CA  90067-6078
   Telephone: +1 310 734 5200
4  Facsimile: +1 310 734 5299

5  Jordan W. Siev (*admitted pro hac vice*)
   Email:    jsiev@reedsmith.com
6  REED SMITH LLP
   599 Lexington Avenue, 22nd Floor
7  New York, NY 10022
   Telephone: +1 212 521 5400
8  Facsimile: +1 212 521 5459

9  Attorneys for Plaintiffs
   Robyn Rihanna Fenty, Roraj Trade, LLC and
10 Combermere Entertainment Properties, LLC

11                UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13                     WESTERN DIVISION

14
                                          Case No.: 2:19-cv-00307-MWF-SK
15 ROBYN RIHANNA FENTY, an
   individual, RORAJ TRADE, LLC, a New   **STIPULATION OF DISMISSAL OF**
16 York limited liability company, and   **ENTIRE LAWSUIT [FRCP**
   COMBERMERE ENTERTAINMENT            **41(a)(1)(A)(ii)]**
17 PROPERTIES, LLC, a New York limited
   liability company,                    Complaint Filed:  January 15, 2019
18
              Plaintiffs,                [Assigned to Honorable Michael W.
19                                        Fitzgerald, Courtroom 5A]
        vs.
20
   FENTY ENTERTAINMENT, LLC, a
21 California limited liability company,
   RONALD FENTY, an individual, MOSES
22 JOKTAN PERKINS, an individual, and
   DOES 1 through 10 inclusive,
23
              Defendants.
24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No.: 2:19-cv-307-MWF-SK            – 1 –            US_ACTIVE-154740853

1    Pursuant to Rule 41(a)(1)(A)(ii) Plaintiffs Robyn Rihanna Fenty, Roraj Trade,

2   LLC and Combermere Entertainment Properties, LLC dismiss the above entitled

3   lawsuit, with prejudice.

4

5   DATED:  September 7, 2021                REED SMITH LLP

6

7   By:*/s/ Carla M. Wirtschafter*
         Jordan W. Siev (*admitted pro hac vice*)
8        Carla M. Wirtschafter
         Attorneys for Plaintiffs
9        Robyn Rihanna Fenty, Roraj Trade, LLC
         and Combermere Entertainment Properties,
10       LLC

11

12  DATED:  September 7, 2021

                                             LAW OFFICE OF OLMAN VALVERDE
13

14  By: */s/  Olman J. Valverde*
         Olman J. Valverde
15       Attorneys for Defendants
         Fenty Entertainment LLC, Ronald Fenty
16       and Moses Joktan Perkins

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

STIPULATION OF DISMISSAL OF ENTIRE LAWSUIT [FRCP 41(a)(1)(A)(ii)]

**<u>FILER'S ATTESTATION</u>**

Pursuant to Local Rule 5-4.3.4, the undersigned attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  September 7, 2021

REED SMITH LLP

By:*/s/ Carla M. Wirtschafter*
    Jordan W. Siev (*admitted pro hac vice*)
    Carla M. Wirtschafter
    Attorneys for Plaintiffs
    Robyn Rihanna Fenty, Roraj Trade, LLC
    and Combermere Entertainment Properties,
    LLC